■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBIN TORRES, Appellant. [971 NYS2d 217]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed November 10, 2010, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*,

90 AD2d 80 [1982]). Eng, P.J., Angiolillo, Balkin and Hall, JJ., concur.